IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CLARENCE LAUDENBERGER, : CIVIL ACTION
   Petitioner, :
 :
v. : No. 13-4063
 :
JAMES McGRADY, et al., :
   Respondents. :

FILED
SEP 0 9 2014
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

**L. FELIPE RESTREPO, J.**

AND NOW, this 9 day of September 2014, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Petitioner's petition for a writ of habeas corpus is STAYED and held in ABEYANCE pending the resolution of <u>Songster v. Sec. Pa. Dept. of Correct.</u>, No. C.A. 12-3941.

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
L. FELIPE RESTREPO
U.S. DISTRICT COURT JUDGE